IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**SENQUE SANTANZE WRIGHT**                                    **PLAINTIFF**

**VERSUS**                              **CIVIL ACTION NO. 1:13cv432-HSO-RHW**

**PEARL RIVER COUNTY**                                        **DEFENDANT**

## FINAL JUDGMENT

This matter came on to be heard on Plaintiff Senque Santanze Wright's Objections [45] to the Proposed Findings of Fact and Recommendation [43] of United States Magistrate Judge Robert H. Walker, entered in this case on November 7, 2014, recommending that Defendant Pearl River County's Motion for Summary Judgment [34] be granted. The Court, after a full review and consideration of Plaintiff's Objections, the Magistrate Judge's Proposed Findings of Fact and Recommendation [43], Defendant's Motion for Summary Judgment [34], the record as a whole, and relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that this civil action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 18th day of February, 2015.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE